IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ZOE USA HOLDINGS, INC. et al.[1] | : | Case No. 14-12452 (BLS) |
| | : | |
| Debtors. | : | (Joint Administration Requested) |
| | | Re: Dkt. No. 10 |

## OMNIBUS HEARING ORDER

***IT IS HEREBY ORDERED*** that the following omnibus hearing dates have been scheduled in the above captioned cases:

| **DATE** | **TIME** |
|---|---|
| December 2, 2014 | 1:30 p.m. |
| January 7, 2015 | 11:00 a.m. |

Dated: November 5, 2014

_____
The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Zoe USA Holdings, Inc., a Delaware corporation (1964); MKEL Holdings LLC, a Delaware limited liability company (1104); Zoe Hotels, Inc., a New York corporation (9974); and Zoe Lodging, Inc., a Delaware corporation (3428).

143353.01600/40212817v.2