# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ZOE USA HOLDINGS, INC. et al.[1] | : | Case No. 14-12452 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 7, 2015 AT 11:00 A.M.

**I.  UNCONTESTED MATTER WITH CERTIFICATES OF NO OBJECTION:**

1. Debtors' Motion for Declaratory Relief Pursuant to 11 U.S.C. §§ 105(a) and 505(a)(1) [Docket No. 9; filed 10/31/14]

    Objection Deadline:    December 17, 2014 at 4:00 p.m.

    Objections/Responses Received:  None.

    Related Documents:

    A. Notice of Hearing Regarding Debtors' Motion for Declaratory Relief Pursuant to 11 U.S.C. §§ 105(a) and 505(a)(1) [Dkt. No. 16; filed 11/5/14]

    B. United States' Notice of No Objection [Dkt. No. 30; filed 12/24/14]

    C. Debtors' Certificate of No Objection [Dkt. No. 31; filed 12/24/14 ]

    Status: Certificates of No Objection have been filed by the United States and the Debtors and accordingly, unless the Court has questions, no hearing is necessary.

Dated:  January 2, 2015            **BLANK ROME LLP**

                    */s/ Josef W. Mintz*
                    Josef W. Mintz (No. 5644)
                    1201 Market Street, Suite 800
                    Wilmington, DE  19801
                    Telephone:  (302) 425-6400
                    Facsimile:  (302) 425-6464

---

[1] The Debtors and the last four digits of their respective tax identification numbers are:  Zoe USA Holdings, Inc., a Delaware corporation (1964); MKEL Holdings LLC, a Delaware limited liability company (1104); Zoe Hotels, Inc., a New York corporation (9974); and Zoe Lodging, Inc., a Delaware corporation (3428).

-and-

John E. Lucian *(admitted pro hac vice)*
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555

*Counsel to Debtors*